UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18mc1

| | |
|---|---|
| **IN RE KRISTIN HARMON LANG,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

**ORDER OF IMMEDIATE SUSPENSION FROM PRACTICE
BEFORE THE BAR OF THIS COURT**

**THIS MATTER** is before the Court upon the Court's own Motion for the immediate suspension **of KRISTIN HARMON LANG** from the practice of law before the United States Court for the Western District of North Carolina, all in accordance with Local Civil Rule 83.2(a).

In Spann v. North Carolina Department of Public Safety, 1:17cv104, this Court determined that Attorney Lang failed to file responses on behalf of her client to both dispositive and non-dispositive motions and failed to appear at a hearing before the undersigned when noticed and Ordered to do so. Based on such conduct, the Court has reason to believe that Ms. Lang has violated the North Carolina Rules of Professional Conduct, including but not limited to Rules 1.1 (Competence), 1.3 (Diligence), 3.2 (Expediting Litigation), 3.3(Candor with the Tribunal), and 3.4 (Fairness to the Opposing Party).

**ORDER**

**IT IS, THEREFORE, ORDERED** that **KRISTIN HARMON LANG** is **SUSPENDED** from the practice of law before the United States Court for the Western District of North Carolina. Such suspension is **LIFTED** for 40 days and only insofar as is necessary for Ms. Lang to show good cause in Spann why that case should not be dismissed.

## ADVICE OF RIGHTS

Ms. Lang is advised that within 40 days of entry of this Order, she may file a Response in this Miscellaneous Action to this Order and therein show cause as to why her admission to practice before the Court should not be revoked or why she should not be subject to discipline. She may also request an opportunity to be heard in such response.

Ms. Lang is further advised that she may retain an attorney licensed to practice in this Court to represent her in this matter. As this is a civil matter, she is advised that there is no provision for the appointment or payment of counsel at public expense.

## INSTRUCTIONS TO THE CLERK OF COURT

The Clerk of Court is instructed to send a copy of this Order to Ms. Lang by certified mail, return receipt requested, as well as through ECF notification.

The Clerk of Court is further instructed to send a copy of this Order to each member of the Board of Judges and to note on the Roll of the active members of the Bar of this Court that Ms. Lang's membership is suspended.

Signed: January 5, 2018

Max O. Cogburn Jr.
United States District Judge